UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADAR 1165 LLC,

    Plaintiff,

-v-

UNITED STATES LIABILITY INSURANCE COMPANY,

    Defendant.

23-cv-6437 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    The parties have filed cross-motions for summary judgment in this insurance coverage dispute. *See* Dkts. 11, 14. The Court held oral argument on these motions on March 4, 2024. Having considered the parties' submissions and representations at oral argument, the Court hereby denies the motions for summary judgment of both parties. An opinion setting forth the reasons for this ruling will follow in due course.

    The parties are directed to jointly call in to chambers to schedule a date for trial in this matter.

    SO ORDERED.

New York, NY
March 28, 2024

                                                  JED S. RAKOFF, U.S.D.J.